## Thomas P. Lilly, Appellant, v. Atlas Collapsible Tube Company, Appellee.

**Gen. No. 41,100.**

opinion filed October 1, 1940; rehearing denied October 15, 1940. George E. Fidler, for appellant; Adams, Emerson & Anderson, for appellee; Dudley R. Emerson, of counsel. Opinion by JUSTICE McSURELY. ''Not to be published in full.''